

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00622-CV

**IN THE INTEREST OF G.D.B.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-PA-00927
Honorable Lisa Jarrett, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED. Counsel's motion to withdraw is DENIED. Costs of appeal are not assessed against appellant because she qualifies as indigent.

SIGNED March 20, 2024.

_____
Irene Rios, Justice